

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> ARTURO TORRES ) <br> ) <br> Defendant. ) <br> ) | Case No.: CR 13-74-JAK <br><br> ORDER OF DETENTION AFTER HEARING <br> [Fed.R.Crim.P. 32.1(a)(6); <br> 18 U.S.C. 3143(a)] |

    The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the <u>Central Dist., CA</u> for alleged violation(s) of the terms and conditions of his/her [probation] (supervised release); and

    The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),

    The Court finds that:

A.    [X]   The defendant has not met (his)/her burden of establishing by clear and convincing evidence that (he)/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on <u>new crim. conv. while on SR, allegedly failed to report for supervision, no verified background info</u>

1
2
3
4 and/or
5 B.   ( )   The defendant has not met his/her burden of establishing by
6        clear and convincing evidence that he/she is not likely to pose
7        a danger to the safety of any other person or the community if
8        released under 18 U.S.C. § 3142(b) or (c). This finding is based
9        on:
10
11
12
13
14    IT THEREFORE IS ORDERED that the defendant be detained pending
15 the further revocation proceedings.
16
17 Dated:   4/18/13
18
19                                    [signature]
20                                    UNITES STATES MAGISTRATE JUDGE
21
22
23
24
25
26
27
28